■■■■■■■■■■■■■■■■■■■■■■■■

MAY 29, 1946

*Sandeman & Sons* v. *United States* (No. 4536).—Internal revenue tax—Whiskey. Appeal from C. D. 957.

*United States* v. *Standard Railway Equipment Mfg. Co.* (No. 4547).—Metals— Side flues. Appeal from C. D. 976.

SEPTEMBER 30, 1946

*Bing Kee & Co., et al.* v. *United States* (No. 4554).—Water chestnuts—Vegetables. Appeals from C. D. 1006.

*American Mail Line, Ltd.* v. *United States* (No. 4497).—Ships' repairs—Section 466—Construction. Appeal from C. D. 885.

179